FILED

10/08/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0302

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0302

STATE OF MONTANA,

      Plaintiff and Appellee,

  v.

BRANDON JAMES LEWIS TOLLIE,

      Defendant and Appellant.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including November 12, 2021, within which to prepare, serve, and file the State's response.

TKP

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
October 8 2021